WILLIAM G. MILLIGAN, as Sole Surviving Administrator with the Will Annexed of CATHERINE M. LANSING, Deceased, et al., Respondents, *v.* OCTAVIUS O. COTTLE et al., Appellants.

*Milligan* v. *Cottle*, 92 Hun, 323, affirmed.
(Argued October 20, 1897; decided November 23, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made December 26, 1895, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Edmund P. Cottle* for appellants.

*John Lansing* for respondents.

Order and judgment affirmed on opinions below, with costs. All concur, except Martin and Vann, JJ., not sitting.